IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEX R. WILSON, | § | |
| | § | |
| *Plaintiff,* | § | CIV. A. NO. <u>3:24-CV-02427-S</u> |
| | § | |
| v. | § | JURY DEMANDED |
| | § | |
| CELLCO PARTNERSHIP | § | |
| d/b/a VERIZON WIRELESS, | § | |
| | § | |
| *Defendant.* | § | |

### <u>PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DESIGNATIONS</u>

Under Federal Rule of Civil Procedure 26(a)(2)(A) of the Federal Rules of Civil Procedure and the Court's Scheduling Order (Dkt. 16), Plaintiff Alex R. Wilson discloses:

### <u>Expert Testimony Concerning Attorney Fees and Costs</u>

Wilson does not anticipate the following witnesses testifying before the jury at trial. However, if Wilson prevails at trial, he anticipates presenting an application for attorney's fees and costs. In that event, Wilson expects to rely on the testimony of the attorneys listed below, including their opinions on the evidence of the reasonable number of hours expended on the case, the reasonable hourly rates for the time expended, the lodestar in this matter and the range of reasonable hourly rates, the need for any adjustment to the base lodestar, and other relevant factors under applicable law concerning attorney's fees and expenses. In addition, Wilson expects to rely on their background, education, experience, knowledge, training, and fee awards in comparable cases.

Their opinions will be based on their familiarity with the applicable standards governing fee awards in employment-discrimination suits and "other types of equally complex Federal litigation, such as antitrust cases…." *See Hensley v. Eckerhart*, 461 U.S. 424, 430 n.4 (1983)(internal citation omitted). They will also rely on, among other things, contemporaneous time-keeping records, the pleadings and papers in this matter, their experience litigating cases in the Dallas-Ft. Worth area, Bureau of Labor Statistics data and inflation calculator,[1] and the Texas Employment Lawyer's Association's "2025 Attorneys' Fees Hourly Rates: Employment Law Yearbook" (or the most recent available year).[2]

None of the individuals below prepared an expert report under Federal Rule of Civil Procedure 26(a)(2) because none has been retained or specially employed for the purpose of providing expert testimony in this case. None is expected to testify during the trial of the case.

**Hal K. Gillespie**
**Joseph H. Gillespie**
**James D. Sanford**
GILLESPIE SANFORD LLP
4803 Gaston Ave.
Dallas, TX 75246
214-800-5111

---

[1] *See* LEGAL SERVICES INFLATION CALCULATOR, U.S. OFFICIAL INFLATION DATA, Alioth Finance, available at: https://www.officialdata.org/Legal-services/price-inflation/1990-to-2026?amount=200 (last visited Jan. 16, 2026).

[2] Available at https://www.mytela.org/?pg=Fee_Yearbook (last visited Jan. 16, 2026).

**Brian P. Sanford**
THE SANFORD FIRM
2711 Hibernia Street
Dallas, TX 75204
(214) 717-6653

**David L. Wiley**
Gibson Wiley PLLC
1500 Jackson St. #714
Dallas, TX 75201
(214) 522-2121

Dated:        January 16 , 2026

Respectfully submitted,

GILLESPIE SANFORD LLP

4803 Gaston Ave.
Dallas, Texas 75246
Tel:    214.800.5111
Fax:    214.838.0001

By: */s/ James D. Sanford*
   Hal K. Gillespie
   Texas Bar No. 07925500
   Email: hkg@gillespiesanford.com
   James D. Sanford
   Texas Bar No. 24051289
   Email: jim@gillespiesanford.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the forgoing document to be served on defense counsel through the Court's ECF system on January 16 , 2026.

*/s/ James D. Sanford*

3